IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MTATUM STOCKMON                                                                    PLAINTIFF

v.                              Case No. 4:10-cv-201-DPM

CHAIRMAN, UAMS Pathology Department;
SUE SCOTT, Clinical Lab Coordinator;
KATHY JONES, Histology Lab Supervisor;
PRESIDENT, UAMS; UAMS HUMAN
RESOURCES/PERSONNEL DEPARTMENT;
and OTHER APPROPRIATE
REPRESENTATIVES                                                                   DEFENDANTS

ORDER

The Court granted Stockmon leave to file an amended complaint to name the correct defendant(s) in this Title VII action. Stockmon has since filed an amended complaint, naming various UAMS employees, supervisors, and officers. But "individual employees" and "supervisors" cannot be held individually liable under Title VII. *McCullough v. University of Arkansas for Medical Sciences*, 559 F.3d 855, 860 n.2 (8th Cir. 2009); *Bonomolo-Hagen v. Clay Central-Everly Community School Dist.*, 121 F.3d 446, 447 (8th Cir. 1997). And as the Court pointed out in its order granting Stockmon leave to amend her complaint, UAMS lacks the capacity to sue or be sued. *Assaad-Faltas v.*

*University of Arkansas for Medical Sciences*, 708 F. Supp. 1026, 1029 (E.D. Ark. 1989), *aff'd*, 902 F.2d 1572 (8th Cir. 1990) (table). The Defendants are correct: the proper defendant here is either the University of Arkansas or the University of Arkansas's Board of Trustees.

Because Stockmon has failed to sue a proper defendant, the Court grants the Defendants' motion to dismiss the amended complaint, *Document No. 20*. Stockmon's amended complaint is dismissed without prejudice because it fails to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). UAMS's earlier motion to dismiss, *Document No. 11*, is denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 Aug. 2010

-2-